No. 96–1345. CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES JOINT APPRENTICESHIP AND TRAINING COMMITTEE v. ELDREDGE. C. A. 9th Cir. Certiorari denied.

No. 96–1356. PLATT ET AL. v. INDIANA ET AL. Ct. App. Ind. Certiorari denied.

No. 96–1374. SHALLER ET UX. v. WALKER ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 96–1380. MURRAY v. BABBITT, SECRETARY OF THE INTERIOR. C. A. 3d Cir. Certiorari denied.

No. 96–1406. HENDERSON v. DETELLA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–1418. GARNER v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 96–1427. DICICCO v. BONSEY ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–1468. BELL ET AL. v. DIMARIO, PUBLIC PRINTER OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1488. WORTHINGTON v. GLICKMAN, SECRETARY OF AGRICULTURE. C. A. 9th Cir. Certiorari denied.

No. 96–1500. WRIGHT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–1510. MCQUEEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1529. FURUKAWA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7238. MILES v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–7518. KINDER v. POTTS ET AL. C. A. 4th Cir. Certiorari denied.